IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOHAMMAD MEHDI KORDIYAN-NAMA,

    Petitioner,

v.                                                                                              No. 26-cv-0408-SMD-DLM

WARDEN CASTRO, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

    Respondents,[1]

## ORDER TO ANSWER AND PROHIBITING TRANSFER OUT OF DISTRICT

This matter is before the Court on Petitioner Mohammad Mehdi Kordiyan-Nama's Petition for Writ of Habeas Corpus. Doc. 1 ("Petition"). Petitioner is detained at the Otero County Processing Center in Chaparral, New Mexico. The Petition challenges his prolonged immigration detention and the failure to provide an adequate bond hearing. Doc. 1 at 1, 4-6. The Clerk's Office has electronically served Respondents - including the federal Respondents added in this Order - by Notice of Electronic Filing (NEF) using the CM/ECF system. Doc. 2. The United States Attorney's Office (USAO) shall answer the Petition within 21 days of entry of this Order.

---

[1] While the form *pro se* Petition names the Warden and other unnamed federal officials, the Court will add the above-mentioned parties as Respondents in this case. *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Petitioner may file an optional reply within 10 days after the answer is filed. To preserve the status quo, the Government will also be enjoined from transferring Petitioner Mohammad Mehdi Kordiyan-Nama from the District of New Mexico while this case remains pending.

**IT IS ORDERED** that the USAO shall answer the Petition within 21 days of entry of this Order; and Petitioner may file an optional reply within 10 days after the response is filed.

**IT IS FURTHER ORDERED** that the Government is prohibited from transferring Petitioner Mohammad Mehdi Kordiyan-Nama from the District of New Mexico while the above-captioned case remains pending.

**IT IS FINALLY ORDERED** that the Clerk's Office shall **ADD** the additional party Respondents set forth in the caption of this Order.

_____
HON. SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE